# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:11-CR-00140-DBH |
| | ) | |
| NATHAN GAGNE | ) | |

## SPEEDY TRIAL ORDER

This matter comes before the court upon the defendant's motion for enlargement of time to file pretrial motions (Docket No. 50). The defendant has represented: 1.) his counsel has just been provided with voluminous discovery in this matter; 2.) because of the volume of materials involved and the time needed to review them for potential legal defenses, more time is necessary for preparation of pretrial motions; 3.) the defendant waives his right to speedy trial in this matter. The government has represented that it does not object to the requested continuance.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's Motion is hereby **GRANTED**.

2. The motions deadline is extended to December 14, 2011.

3. The time period between November 14, 2011, and December 14, 2011, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

**SO ORDERED.**

Dated at Portland, Maine, this 14th day of November, 2011.

/s/ John H. Rich III
John H. Rich III
U.S. Magistrate Judge